UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA DAWN HAYWOOD,<br>    Plaintiff,<br>    v.<br>SAN DIEGO COUNTY SHERIFF, et al.,<br>    Defendants. | Case No. 20-cv-01684-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred in San Diego County, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the Southern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Southern District. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 11, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA DAWN HAYWOOD,<br><br>    Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF, et al.,<br><br>    Defendants. | Case No. 20-cv-01684-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 11, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erica Dawn Haywood ID: 19750859
LCDRF Las Colinas Detention and Reentry Facility
451 Riverview Parkway
Santee, CA 92071

Dated: March 11, 2020

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: *Karen L. Hom*
                                            Karen Hom, Deputy Clerk to the
                                            Honorable JOSEPH C. SPERO